AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JOSE CUARENTA-COFRADIA | ) | Case No. |
| | ) | 6:25-mj-  2107 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____October 7, 2025_____ in the county of _____Orange County_____ in the _____Middle_____ District of _____Florida_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal reentry by a previously removed alien |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Lacey E. O'Neal, Border Patrol Agent
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:  10/7/2025

_____
*Judge's signature*

City and state:     Orlando, FL         NATHAN W. HILL, U.S. Magistrate Judge
*Printed name and title*

STATE OF FLORIDA                          CASE NO. 6:25-mj- 2107

COUNTY OF ORANGE

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Lacey E. O'Neal, having been duly sworn, hereby make the following statement in support of the attached criminal complaint:

1.      I am a Border Patrol Agent ("BPA") with the United States Department of Homeland Security, U.S. Customs and Border Protection ("CBP"), formerly known as the Immigration and Naturalization Service (INS).  I have been so employed since September 07, 2003.  I am currently assigned to the Orlando, Florida, Border Patrol Station.  In my capacity as a Border Patrol Agent, I am charged with the enforcement of Titles 8, 18, 19 and 21 of the United States Code.  I am a federal law enforcement agent with the authority to execute arrest and search warrants under the authority of the United States.

2.      The information set forth in this affidavit is based on my investigation, information supplied to me by other law enforcement officers and agents, and information contained within various government databases and records.  Because this affidavit is submitted for the limited purpose of establishing probable cause to support a criminal complaint, I have not included details of all aspects of my investigation.  Rather, I have set forth

only those facts I believe are necessary to establish probable cause that the below listed individual committed a violation of 8 U.S.C. § 1326(a), illegal reentry by a previously removed alien.

3.      On October 7, 2025, a Border Patrol Agent (BPA) from the Orlando Border Patrol Station contacted the Miami Sector Dispatch in reference to the defendant, Jose CUARENTA-COFRADIA.  The BPA was traveling northbound on the Florida Turnpike, in a marked Border Patrol vehicle, when they relayed a license plate number to the Miami Sector Dispatch using their service radio.  The BPA requested the registered owner information as well as an immigration check.  Miami Sector Dispatch responded back to the BPA that the registered owner of the vehicle was a non-immigrant illegally present in the United States.  Given the information the BPA received from dispatch, the BPA activated their emergency lights to initiate a vehicle stop in order to conduct a further immigration inspection as the subject vehicle entered FL-429 northbound in Ocoee, Florida.[1]

4.      The subject vehicle came to stop at mile marker 24, northbound on FL-429.  The BPA approached the vehicle, identified themself as a United States Border Patrol Agent, and informed the occupants they were conducting an immigration check.  CUARENTA-COFRADIA was identified as the

---

[1] Ocoee is in Orange County, within the Middle District of Florida.

2

driver of the subject vehicle and explained to the BPA that he was not the registered owner. When asked who the registered owner of the vehicle was, CUARENTA-COFRADIA claimed that his cousin owned the vehicle. CUARENTA-COFRADIA was questioned as to his citizenship and he admitted to being a citizen of Mexico in the United States illegally without any immigration documents that would allow him to enter, pass through, and/or remain legally.

5.    A CBP record checks on his biographical information confirmed that CUARENTA-COFRADIA is a citizen and national of Mexico with no lawful immigration status in the United States. He also has an Alien File Number (A xxx xxx 398), which contains his immigration history showing one prior removal. CUARENTA-COFRADIA was placed under arrest for immigration violations and transported to the Orlando Border Patrol Station for further processing. At the station, Border Patrol Agents conducted a fingerprint comparison to CUARENTA-COFRADIA's known fingerprints from his alien file. On October 7, 2025, the database indicated a match of the fingerprints.

6.    Documents in the alien file also show that CUARENTA-COFRADIA has been previously ordered deported/removed from the United States to Mexico by an Immigration Judge on November 3, 2011.

CUARENTA-COFRADIA was then physically removed from the United States to Mexico on November 8, 2011, through Brownsville, Texas.

7.    There is no record of CUARENTA-COFRADIA ever applying to or receiving consent of the Attorney General of the United States, and/or the U.S. Secretary of the Department of Homeland Security, for permission to re-enter the United States after CUARENTA-COFRADIA's prior deportation/removal.

8.    Based on the foregoing, I believe that there is probable cause that on October 7, 2025, Jose CUARENTA-COFRADIA was found to be in the United States voluntarily after being previously deported and removed from the United States, in violation of 8 U.S.C. § 1326(a).

This concludes my Affidavit.

_____
Lacey E. O'Neal
Border Patrol Agent

Affidavit submitted by email and
attested to me as true and accurate
via video conference and/or telephone
consistent with Fed. R. Crim. P. 4.1
and 41(d)(3), before me this 7th_____
day of October, 2025.

_____
NATHAN W. HILL
United States Magistrate Judge

4